### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-mj-08006-TJJ |
| ) | |
| EDWIN WILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |

### CRIMINAL COMPLAINT

I, Jakob Blackman, a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, and Firearms (ATF), being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about January 7, 2024, in the District of Kansas, the defendant,

### EDWIN WILLIAMS,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in 2013, Carrying and Using a Firearm in Relation to a Crime of Violence in the United States District Court, Western District of Missouri, District Court Case No. 12-00357-01-CR-W-DGK; knowingly and unlawfully possessed in and affecting interstate and foreign commerce, a firearm, that is, a Glock, Model 29, .10 mm caliber pistol, with serial number BYAH900, and ammunition.

In violation of Title 18, United States Code, Sections 922(g) (1) and 924(a)(2).

The following facts were made known to me by personal observation or from information that I received from other law enforcement officers, and/or from other individuals:

1. I, Jakob Blackman, am a detective with the Kansas City, Kansas Police Department (KCKPD) and currently assigned to the Bureau of Alcohol, Tobacco, and Firearms (ATF) as a Task Force officer (TFO.) I have investigated numerous crimes, including federal firearm violations.

2. On January 7, 2024, at approximately 4:16 a.m., Kansas City, Kansas Police Department (KCKPD) Officer Dupree finished a shoplifting report at Quick Trip, 4202 Kansas Ave., Kansas City, Kansas. As Officer Dupree was leaving, he noticed a silver Nissan Rouge resting against a concrete bollard post next to a gas pump. Officer Dupree parked his marked police vehicle behind the Nissan and exited to check on the Nissan's driver.

3. Officer Dupree observed the driver, and sole occupant of the Nissan Rouge, unconscious in the driver's seat. Officer Dupree noticed a Glock handgun resting on the driver's lap, underneath his hands. Officer Dupree observed the Nissan appeared to be in drive. Additionally, the officer observed a glass container in the cupholder. Officer Dupree believed the glass container likely contained alcohol.

4. Officer Dupree requested assistance from backup officers, who arrived within minutes. Officers discovered the vehicle was locked when they attempted to open the door. KCKPD Sergeant Johnson, Officer Valdez, and Officer Dupree surrounded the vehicle and attempted to wake up the driver by tapping on the vehicle and giving verbal commands. After several seconds, the driver awoke and put the vehicle in park. Officers told the driver to place the firearm on the floor and exit the vehicle. The driver complied, exited the vehicle, and was

taken into custody. The driver was identified as Edwin Williams, Jr. Officers later confirmed the glass container contained water and not alcohol.

5. The firearm was identified as a Glock, Model 29, .10mm pistol, with serial number BYAH900. The firearm was loaded with ammunition.

6. A criminal history check revealed Edwin Williams, Jr. was convicted on April 17, 2013, of Carrying and Using a Firearm in Relation to a Crime of Violence and sentenced to 84 months' in the United States Bureau of Prisons (BOP). Williams was transported to the Wyandotte County Detention Center and booked for felon in possession of a firearm.

7. TFO Jakob Blackman contacted ATF Special Agent (SA) Steve Waters to obtain a verbal confirmation whether the firearm located on William's lap had traveled in or affected interstate and/or foreign commerce. SA Waters verbally confirmed the firearm had traveled in or affected interstate and/or foreign commerce. A formal interstate nexus report will be completed in the future and submitted for discovery.

8. Consequently, based on Williams' previous federal conviction, and the fact Williams was sentenced to more than twelve months in custody for the offense, your Affiant believes Williams knew he was prohibited from possessing firearms on the date of the offense.

9. WHEREFORE, your affiant respectfully requests that an arrest warrant be issued authorizing the ATF, with appropriate assistance from other law enforcement officers, to arrest Edwin Williams, Jr. for the aforementioned violations of federal law.

_____
Detective Jakob Blackman
ATF Task Force Officer

Sworn to and attested by affiant, via telephone, after being submitted to me by reliable electronic means on January 8, 2024.

_____
Honorable Teresa J. James
United States Magistrate Judge
District of Kansas

## PENALTIES

**Count 1: Felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1) & 924(a)(2)**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).